IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES JANIS, AND<br>KEITH THOMAS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>(1) JOSEPH EARLE;<br>(2) GORDAN MCDOUGALL;<br>(3) MARK LIVINGSTON;<br>(4) UPPER STREET MARKETING, INC.;<br>(5) LINEAR PARK MARKETING INC.;<br>(6) GROWING SPRINGS HOLDINGS<br>　　CORPORATION; AND<br>(7) PRIMAPHARMA, INC,<br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § § | Civil Action No.: 4:20-cv-00193-TCK-JFJ<br><br><br>ATTORNEY LIEN CLAIMED |

### Attorney's Lien for Fees and Costs

**COME NOW**, Brent Blackstock, and the law firm of Brent Blackstock PLC, and pursuant to OKLA. STAT. Tit. 5, sections 6 and 7, advises all parties hereto of the attorney lien asserted for services rendered and costs expended in the above-referenced matter.

DATED AND FILED July 6th, 2021.

                                                Respectfully submitted,

                                              /s/ Brent Blackstock
                                              R. Brent Blackstock, OBA No. 00839
                                              Brent Blackstock, PLC
                                              401 S. Boston Ave., Suite 500
                                              Tulsa, OK 74103
                                              Phone: 918-383-0777
                                              E-mail: brent@brentblackstock.com
                                              **Attorneys for Plaintiffs**

**CERTIFICATE OF MAILING**

I, the undersigned, hereby certify that on the 6th day of July, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ Brent Blackstock

Brent Blackstock