# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JAMES JANIS and<br>(2) KEITH THOMAS,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>(1) JOSEPH EARLE;<br>(2) GORDON MCDOUGALL;<br>(3) MARK LIVINGSTON;<br>(4) UPPER STREET MARKETING, INC.;<br>(5) LINEAR PARK MARKETING INC.;<br>(6) GROWING SPRINGS HOLDINGS CORPORATION; and<br>(7) PRIMAPHARMA, INC.,<br><br>　　　　　　　Defendants. | **Case No. 4:20-CV-00193-TCK-JFJ** |

## FED.R.CIV.P. 41 JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## (BOTH PLAINTIFFS AND ALL DEFENDANTS)

COME NOW jointly the Parties to this action, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate that the above-styled lawsuit should be dismissed with prejudice to any re-filing as against all defendants.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　s/ Justin T. King
　　　　　　　　　　　　　　　　　　Justin T. King, OBA No. 18745
　　　　　　　　　　　　　　　　　　KING LAW FIRM
　　　　　　　　　　　　　　　　　　24 NE 53rd Street
　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73105
　　　　　　　　　　　　　　　　　　(405) 239-6143; Fax (405 378-4018
　　　　　　　　　　　　　　　　　　king@king-lawfirm.com
　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS

1

s/ David C. Senger
(*Signed by filing attorney with permission of non-filing attorney*)
David C. Senger, OBA #18830
**Coffey, Senger & Woodard, P.L.L.C.**
4725 East 91st Street, Suite 100
Tulsa, OK 74137
P:  918-292-8787
F:  918-292-8788
David@csmlawgroup.com
*Attorneys for Defendants*

2